DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CORNELIA SPOREA,**
Appellant,

v.

**CITY OF POMPANO BEACH,**
Appellee.

No. 4D21-3583

[August 11, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE19-0011646.

Cornelia Sporea, Coral Springs, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***